UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| BETTY FLEMING, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF DORIS FLEMING, <br><br> Plaintiff, <br><br> v. <br><br> NATIONWIDE MUTUAL FIRE INSURANCE COMPANY and GMAC MORTGAGE, LLC, <br><br> Defendants, | Civil Action No. 3:11-cv-989 <br><br> JUDGE JOHN T. NIXON |

## AGREED ORDER OF COMPROMISE AND DISMISSAL

Upon the Joint Motion to Enter Agreed Order of Compromise and Dismissal filed by Plaintiff, Betty Fleming, Individually and on Behalf of the Estate of Doris Fleming ("Plaintiff"), and Defendants Nationwide Mutual Fire Insurance Company and GMAC Mortgage, LLC (collectively, "Defendants"), and as evidenced by the signatures of counsel for the parties below, it appears to the Court that the parties have compromised and settled all claims asserted between these parties and agree that all claims between these parties in this lawsuit should be dismissed with prejudice.

It is accordingly, ORDERED that the claims asserted in this case be and hereby are DISMISSED WITH PREJUDICE.

ENTERED this the 13 day of January, 2012.

                                                              _____
                                                              John J. Nixon
                                                              United States District Judge

SUBMITTED FOR ENTRY BY:


/s/ Christopher E. Thorsen
_____
Christopher E. Thorsen (TN Bar No. 21049)
cthorsen@babc.com
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
(615) 252-2328

*Attorneys for Defendant GMAC Mortgage, LLC*


/s/ Wm. Kenneth Burger
_____
Wm. Kenneth Burger (TN Bar No. 3731)
BURGER, SCOTT & McFARLIN
12 Public Square North
Murfreesboro, Tennessee 37130
(615) 893-8933

*Attorneys for Plaintiff Betty Fleming, Individually and on Behalf of the Estate of Doris Fleming*


/s/ John Russell Parkes
_____
John Russell Parkes (TN Bar No. 12453)
HARDIN, PARKES KELLEY & CARTER, PLLC
102 W. 7th Street, Suite 100
Columbia, Tennessee 38402
(931) 388-4022

*Attorneys for Defendant Nationwide Mutual Fire Insurance Company*